# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00210-CV

**Jeffrey (Tre) Krueger, Appellant**

**v.**

**CRU Energy, Inc.; Michael Torres; Jorge Zuniga; and Green Alt. Corporation, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-11-001680, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal is overdue to be filed. This Court's clerk sent a letter dated May 5, 2012, to appellant Jeffery (Tre) Krueger requesting that he make arrangements to pay for the clerk's record and that he file a status report regarding this appeal with this Court. Krueger was requested to file a status report on or before May 15, 2012, or risk dismissal of his appeal.

May 15, 2012, has passed. The clerk's record has not been filed, and Krueger has not filed a status report with this Court. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Prosecution

Filed:   July 20, 2012